**Raymond MATTHEWS v. John R. RAGOSTA, No. 241-81**

June 11, 1981. The petition for extraordinary relief is dismissed for failure to establish the inadequacy of the appellate remedy. V.R.A.P. 21(b); 12 V.S.A. § 4601.